IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

VICTORIA SCHILLER,

    Plaintiff,

v.

                              Case No. 23-cv-177-jdp

STATE OF WISCONSIN,
SHEILA REIFF, LISA FRIEDRICH,
SHANE FALK, SHELLY ANDAY,
ANTHONY MENTING, and
THEODORE GURMAN,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants against plaintiff dismissing this case.

| s/ Deputy Clerk | 1/26/2024 |
|---|---|
| Joel Turner, Clerk of Court | Date |