**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| VICTORIA SCHILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 23CV177 |
| v. | ) | |
| | ) | Judge James D. Peterson |
| STATE OF WISCONSIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT LISA FRIEDRICH'S SUBMISSION OF ITEMIZATION OF ATTORNEYS' FEES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(d)(2) AND 42 U.S.C. § 1988**

Pursuant to 42 U.S.C. § 1988, and Fed. R. Civ. P. 54(d), and this Court's Order dated September 14, 2026 (Dkt. 196, p. 4), Defendant Attorney Lisa Friedrich ("Attorney Friedrich") hereby submits her itemization of attorneys' fees in the amount of $14,940, attached hereto as Exhibit A. Attorney Friedrich requests said amount be assessed against Plaintiff Victoria Schiller, as Attorney Friedrich has been deemed the prevailing party in the above-captioned action.

Respectfully submitted this 6th day of October, 2026.

VON BRIESEN & ROPER, S.C.
*Attorneys for Defendant Attorney Lisa Friedrich*

By: *s/ Michael P. Crooks*
Michael P. Crooks, SBN 1008918
Maria del Pizzo Sanders, SBN 1031037
von BRIESEN & ROPER, s.c.
10 East Doty Street, Suite 900
Madison, WI 53703
(608) 287-3926
michael.crooks@vonbriesen.com
maria.sanders@vonbriesen.com