# MINNESOTA LAWYERS MUTUAL INSURANCE COMPANY
# SCHILLER V. FRIEDRICH & FLETCHER, S.C.

## ATTORNEY FEES AND COSTS

| Date | Initials | Task Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/05/23 | MDS | L210 | Begin review of 110-page complaint and review electronic underlying circuit court action and court of appeals decision in preparation to draft motion to dismiss | 2.30 | 517.50 |
| 04/06/23 | MDS | L210 | Continue to review 117 page complaint, and specific allegations against insured Attorney Friedrich, in preparation to draft brief in support of motion to dismiss | 0.60 | 135.00 |
| 04/06/23 | MDS | L250 | Begin draft of brief in support of motion to dismiss | 0.60 | 135.00 |
| 04/10/23 | MDS | L210 | Continue to draft brief in support of motion to dismiss complaint against insured Attorney Friedrich | 3.60 | 810.00 |
| 04/11/23 | MPC | L120 | Telephone call with client | 0.30 | 67.50 |
| 04/11/23 | MPC | L120 | Telephone call with client | 0.30 | 67.50 |
| 04/11/23 | MDS | L210 | Review emails from client | 0.30 | 67.50 |
| 04/11/23 | MDS | L210 | Draft notice of motion for motion to dismiss all claims against insured Friedrich, review and revise brief in support and complete waiver of service form | 0.80 | 180.00 |
| 04/11/23 | MPC | L120 | Email with counsel regarding plan for response to complaint | 0.30 | 67.50 |
| 04/12/23 | MPC | L240 | Letter to client | 0.30 | 67.50 |
| 04/12/23 | MDS | L210 | Review and revise brief in support of motion to dismiss to add argument regarding abstention doctrines | 0.60 | 135.00 |
| 04/12/23 | MDS | L250 | Review email from co-defense counsel and most recent pronouncement of the 7th Circuit regarding the Rooker-Feldman Doctrine and other abstention doctrines for use in brief in support of motion to dismiss | 0.50 | 112.50 |
| 04/13/23 | MDS | L250 | Review motion filed by State defendants to dismiss complaint | 0.20 | 45.00 |
| 04/17/23 | MDS | L250 | Review proposed amended complaint filed by plaintiff and review text order from court re motion to dismiss and amended pleadings | 0.40 | 90.00 |



EXHIBIT A

| Date | Initials | Task Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| 05/01/23 | MDS | L210 | Brief review of plaintiff's motion to amend complaint, proposed complaint and list of 52 exhibits, compute deadline for filing of motion to dismiss based upon amended complaint filing and review Rule 15 for timeliness of motion to amend complaint | 0.60 | 135.00 |
| 05/02/23 | MDS | L210 | Review, analyze and compare differences between original complaint and amended complaint | 0.70 | 157.50 |
| 05/03/23 | MDS | L250 | Review submission by state defendants and defendant Gurman re plaintiff's motion to amend | 0.20 | 45.00 |
| 05/03/23 | MDS | L210 | Continue to review and compare pleadings filed by plaintiff to determine if revisions need to be made to brief in support of motion to dismiss | 0.90 | 202.50 |
| 05/04/23 | MDS | L250 | Draft response to plaintiff's motion to amend complaint | 0.20 | 45.00 |
| 05/05/23 | MDS | L250 | Review plaintiff's brief in response to defendants' submissions of no objection to amended complaint and request for 60 days to answer | 0.30 | 67.50 |
| 05/05/23 | MDS | L210 | Email exchanges with client | 0.20 | 45.00 |
| 05/08/23 | MDS | L250 | Review text order from court re plaintiff's amended complaint and exhibits | 0.10 | 22.50 |
| 05/09/23 | MDS | L250 | Review orders from court re plaintiff's amended complaint and deadline for response thereto | 0.20 | 45.00 |
| 05/15/23 | MDS | L250 | Review most recent submission filed by plaintiff in support of request for injunctive relief | 0.50 | 112.50 |
| 05/17/23 | MDS | L250 | Review submission filed by co-defendant re extension of time to respond to TRO | 0.20 | 45.00 |
| 05/23/23 | MDS | L250 | Review motion for reconsideration and exhibits filed by plaintiff re requested TRO against defendant Gurman | 0.20 | 45.00 |
| 05/26/23 | MDS | L250 | Review exhibits filed by plaintiff in support of her emergency motion to reconsider extending time to respond to TRO | 0.30 | 67.50 |
| 05/26/23 | MPC | L120 | Email to client | 0.20 | 45.00 |
| 05/26/23 | MDS | L250 | Review email from client | 0.10 | 22.50 |
| 05/31/23 | MDS | L250 | Revise notice of motion and brief in support of motion to dismiss to reference allegations asserted in amended complaint | 1.20 | 270.00 |



EXHIBIT A

| Date | Initials | Task Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| 06/13/23 | MDS | L250 | Review text order from court re plaintiff's motion for reconsideration denied. | 0.10 | 22.50 |
| 06/26/23 | MDS | L250 | Review and analyze case law concerning claimed violations of 42 U.S.C. 1985, 42 U.S.C. 1986 and Wis. Stat. Chapter 946 | 0.90 | 202.50 |
| 06/26/23 | MDS | L250 | Revise brief in support of motion to dismiss amended complaint by adding case law concerning 42 U.S.C. 1985 and 1986 and Wis. Stat. Chapter 946 | 1.10 | 247.50 |
| 06/28/23 | MDS | L250 | Revise draft of brief in support of motion to dismiss, including a site to a recent case wherein the court dismissed similar claims based upon immunity, the Rooker-Feldman Doctrine and the domestic-relations exception to the court's jurisdiction. | 0.40 | 90.00 |
| 06/30/23 | MPC | L240 | Email to client | 0.20 | 45.00 |
| 07/03/23 | MDS | L250 | Review email from court re response and reply to motion to dismiss | 0.10 | 22.50 |
| 07/06/23 | MDS | L250 | Review filings by plaintiff re motion to seal | 0.30 | 67.50 |
| 07/07/23 | MDS | L250 | Review multiple briefs filed by the state defendants and other defendants re briefs in support of motions to dismiss, supporting affidavits, and brief opposing TRO | 0.60 | 135.00 |
| 07/10/23 | MDS | L250 | Review final brief in support of motion to dismiss filed by defendant Menting | 0.30 | 67.50 |
| 07/11/23 | MDS | L250 | Review submission by plaintiff re limited access to certain filings and reply in support of TRO | 0.30 | 67.50 |
| 07/18/23 | MDS | L250 | Review additional filings by plaintiff re motion for extension of time to respond to motions to dismiss | 0.30 | 67.50 |
| 07/20/23 | MDS | L250 | Review and analyze case law cited in plaintiff's brief in preparation to draft reply brief in support of motion to dismiss | 2.20 | 495.00 |
| 07/20/23 | MDS | L250 | Review, analyze and attempt to decipher arguments made by plaintiff in response to motion to dismiss | 1.60 | 360.00 |
| 07/24/23 | MDS | L250 | Review plaintiff's response to co-defendant's motion to dismiss | 0.30 | 67.50 |
| 07/24/23 | MDS | L250 | Work on draft of reply brief in support of motion to dismiss | 1.80 | 405.00 |
| 07/24/23 | MDS | L250 | Continue to review cases cited by plaintiff in response brief in preparation to draft reply brief | 2.20 | 495.00 |
| 07/25/23 | MDS | L250 | Continue to draft reply in support of motion to dismiss | 4.30 | 967.50 |
| 07/26/23 | MDS | L250 | Review and revise reply brief in support of motion to dismiss | 0.90 | 202.50 |
| 07/27/23 | MPC | L240 | Work on draft of reply brief | 0.70 | 157.50 |



EXHIBIT A

| Date | Initials | Task Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| 08/07/23 | MDS | L250 | Review reply brief of co-defendant Gurman in support of motion to dismiss | 0.30 | 67.50 |
| 08/09/23 | MDS | L250 | Review text order from court re co-defendants briefs | 0.10 | 22.50 |
| 08/11/23 | MDS | L250 | Brief review of reply brief filed by co-defendant Attorney Menting | 0.30 | 67.50 |
| 08/14/23 | MDS | L250 | Review supplemental arguments filed by plaintiff | 0.30 | 67.50 |
| 08/15/23 | MDS | L250 | Review supplemental motion filed by plaintiff re service on defendants | 0.20 | 45.00 |
| 08/22/23 | MDS | L250 | Email exchange with client | 0.30 | 67.50 |
| 08/30/23 | MDS | L250 | Review plaintiff's most recent filing with the court re objections to state defendants brief | 0.10 | 22.50 |
| 09/05/23 | MDS | L250 | Draft brief opposing second motion to amend complaint | 0.80 | 180.00 |
| 09/05/23 | MDS | L250 | Review third motion to amend claim and proposed amended claim | 0.30 | 67.50 |
| 09/06/23 | MDS | L250 | Continue to draft brief opposing second motion to amend | 0.70 | 157.50 |
| 09/07/23 | MDS | L250 | Revise brief opposing motion to amend complaint a second time | 0.30 | 67.50 |
| 09/11/23 | MDS | L250 | Finalize and e-file brief opposing motion to amend complaint | 0.30 | 67.50 |
| 09/12/23 | MDS | L250 | Draft notice of appearance to be e-filed with court | 0.10 | 22.50 |
| 09/18/23 | MDS | L250 | Review plaintiff's reply to insured's response to brief opposing amending complaint | 0.30 | 67.50 |
| 09/22/23 | MDS | L250 | Review supplemental brief filed by plaintiff | 0.20 | 45.00 |
| 10/06/23 | MDS | L250 | Review motion for sanctions filed by plaintiff against multiple defendants | 0.30 | 67.50 |
| 10/09/23 | MDS | L250 | Review 11 and advisory notes re proper method of filing motion for sanctions in preparation to draft response/motion to strike | 0.60 | 135.00 |
| 10/17/23 | MDS | L250 | Review supplemental filing by plaintiff re state's motion to dismiss and sovereign immunity defense | 0.30 | 67.50 |
| 10/31/23 | MDS | L250 | Draft response to plaintiff's motion for sanctions | 1.80 | 405.00 |



EXHIBIT A

| Date | Initials | Task Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/06/23 | MDS | L250 | Final revisions to brief opposing sanctions and prepare for e-filing with court | 0.30 | 67.50 |
| 11/14/23 | MDS | L250 | Review recent filing by plaintiff re request for "pause" in proceedings | 0.30 | 67.50 |
| 11/20/23 | MDS | L250 | Review additional filings by plaintiff re request for medical records and request for 3-judge panel | 0.30 | 67.50 |
| 11/22/23 | MDS | L250 | Review additional filings by plaintiff re subpoena of records | 0.30 | 67.50 |
| 01/03/24 | MPC | L120 | Email to client | 0.10 | 22.50 |
| 01/26/24 | MDS | L250 | Email to client | 0.20 | 45.00 |
| 01/26/24 | MDS | L250 | Review court's decision on motion to dismiss | 0.20 | 45.00 |
| 02/01/24 | MDS | L250 | Review filings by Defendant Gurman for award of fees/costs | 0.20 | 45.00 |
| 02/09/24 | MDS | L250 | Draft notice of motion, brief and affidavit in support of granting aware of attorneys' fees against plaintiff | 1.80 | 405.00 |
| 02/19/24 | MDS | L250 | Review additional documents filed by plaintiff re attorney fees requested by insured and supplemental support for motion for reconsideration | 0.30 | 67.50 |
| 02/19/24 | MDS | L250 | Draft letter to court re briefing schedule for motion for reconsideration | 0.20 | 45.00 |
| 02/20/24 | MDS | L250 | Review notice from court re response to plaintiff's motion for reconsideration and additional motions filed by plaintiff | 0.30 | 67.50 |
| 02/28/24 | MDS | L250 | Email exchange with client | 0.30 | 67.50 |
| 03/05/24 | MDS | L250 | Review State defendants' brief and other defendants' briefs in response to plaintiffs motions for relief from judgment | 0.40 | 90.00 |
| 03/05/24 | MDS | L250 | Review plaintiffs' motions for relief from judgment and to alter judgment in preparation to draft brief in response | 0.60 | 135.00 |
| 03/05/24 | MDS | L250 | Draft brief in response to plaintiff's motions for relief from judgment and to alter judgment | 2.40 | 540.00 |
| 03/12/24 | MDS | L250 | Brief review of reply brief filed by plaintiff | 0.30 | 67.50 |
| 03/13/24 | MDS | L250 | Email exchange with client | 0.20 | 45.00 |



EXHIBIT A

| Date | Initials | Task Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/03/24 | MDS | L250 | Review additional submissions filed by plaintiff re defendants request for fees and motion to reconsider | 0.30 | 67.50 |
| 04/04/24 | MDS | L250 | Review and analyze most recent filings by plaintiff | 0.30 | 67.50 |
| 05/02/24 | MDS | L250 | Review most recent submissions filed by plaintiff re motion to add parties | 0.30 | 67.50 |
| 05/02/24 | MDS | L250 | Email to client | 0.20 | 45.00 |
| 05/29/24 | MDS | L250 | Review court docket for status of plaintiff's pending motions | 0.20 | 45.00 |
| 06/20/24 | MDS | L250 | Email exchange with client | 0.20 | 45.00 |
| 06/24/24 | MDS | L250 | Email to client | 0.20 | 45.00 |
| 06/24/24 | MDS | L160 | Review multiple emails from plaintiff re offer to settle and legal opinions regarding status of case | 0.30 | 67.50 |
| 06/25/24 | MDS | L250 | Email exchange with client | 0.30 | 67.50 |
| 06/26/24 | MDS | L250 | Email exchange with client | 0.20 | 45.00 |
| 07/09/24 | MDS | L250 | Review notice of withdrawal of counsel for State defendants. | 0.10 | 22.50 |
| 07/22/24 | MDS | L250 | Review filing by plaintiff to Wisconsin Supreme Court | 0.30 | 67.50 |
| 09/23/24 | MDS | L250 | Review order of court re denying plaintiff's motions but permitting her to file 3rd amended complaint | 0.30 | 67.50 |
| 09/23/24 | MDS | L250 | Email exchange with client | 0.20 | 45.00 |
| 10/07/24 | MDS | L210 | Review email from court and plaintiff's amended complaint attached | 0.30 | 67.50 |
| 10/14/24 | MDS | L250 | Multiple email exchanges with co-defense counsel re letter to court re clarification of 10/10/24 Docket Text | 0.30 | 67.50 |
| 10/14/24 | MDS | L250 | Draft letter to court re clarification of Docket Text for response to Second Amended Complaint | 0.30 | 67.50 |
| 10/17/24 | MDS | L210 | Email exchange with client | 0.20 | 45.00 |
| 10/25/24 | MPC | L210 | Email with counsel regarding need to respond to amended complaint and plan to find out timeline from clerk | 0.20 | 45.00 |



EXHIBIT A

| Date | Initials | Task Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/25/24 | MDS | L250 | Email exchange with co-defense counsel re proposed order from court regarding clarification sought | 0.20 | 45.00 |
| 10/28/24 | MDS | L250 | Review submission filed by counsel for Atty. Menting re clarification of court's text order or dismissal of claims | 0.10 | 22.50 |
| 10/28/24 | MDS | L210 | Review email from co-defense counsel re answer to plaintiff's latest complaint | 0.10 | 22.50 |
| 10/31/24 | MDS | L250 | Email exchange with counsel for co-defendant Gurman re response to second amended claim | 0.20 | 45.00 |
| 10/31/24 | MPC | L240 | Work on draft of brief to dismiss second amended complaint | 0.30 | 67.50 |
| 10/31/24 | MDS | L250 | Call to court clerk re response to second amended complaint and screening by court | 0.20 | 45.00 |
| 10/31/24 | MDS | L250 | Draft response to plaintiff's motion to file second amended claim | 1.10 | 247.50 |
| 11/05/24 | MDS | L250 | Brief review of briefs filed by plaintiff in response to the State's and Mr. Gurman's briefs | 0.30 | 67.50 |
| 11/18/24 | MDS | L250 | Review multiple submissions received from court by plaintiff re filing of second amended complaint | 0.70 | 157.50 |
| 12/05/24 | MDS | L250 | Email exchange with client | 0.10 | 22.50 |
| 12/12/24 | MDS | L250 | Review motion and supporting brief to disqualify counsel for defendant Menting filed by plaintiff | 0.30 | 67.50 |
| 01/06/25 | MDS | L250 | Email exchange with client | 0.10 | 22.50 |
| 01/29/25 | MDS | L250 | Email exchange with client | 0.10 | 22.50 |
| 02/03/25 | MDS | L250 | Draft letter to court re anticipated handling of pending motions | 0.30 | 67.50 |
| 02/12/25 | MDS | L250 | Review filing by plaintiff re motion for default | 0.20 | 45.00 |
| 06/10/25 | MDS | L190 | Email communication with client | 0.20 | 45.00 |
| 09/03/25 | MDS | L250 | Draft letter to court re pending motions | 0.20 | 45.00 |
| 09/03/25 | MDS | L250 | Email exchange with client | 0.10 | 22.50 |
| 09/03/25 | MDS | L250 | Email exchange with counsel for Anthony Menting re contact with court concerning pending motions | 0.10 | 22.50 |



EXHIBIT A

| Date | Initials | Task Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| 09/22/25 | MDS | L250 | Email to client | 0.10 | 22.50 |
| 09/22/25 | MDS | L250 | Review order of court re dismissal of amended complaint and other pending motions filed by plaintiff | 0.20 | 45.00 |
| 09/24/25 | MDS | L250 | Review and revise motion, brief and affidavit in support of attorneys' fees | 1.20 | 270.00 |
| 10/07/25 | MDS | L250 | Telephone call with client | 0.10 | 22.50 |
| 10/08/25 | MDS | L250 | Finalize amended notice of motion, affidavit and brief in support for attorneys' fees | 0.30 | 67.50 |
| 10/14/25 | MDS | L250 | Review motions filed by co-defendants Gurman and Menting for attorneys' fees and sanctions | 0.30 | 67.50 |
| 10/30/25 | MDS | L250 | Review plaintiff's response to request for fees in preparation to draft response | 0.20 | 45.00 |
| 10/30/25 | MDS | L250 | Email to client | 0.10 | 22.50 |
| 11/10/25 | MDS | L250 | Draft reply brief in support of motion for fees | 1.60 | 360.00 |
| 08/24/26 | MDS | L250 | Draft letter to court re status of pending motions | 0.20 | 45.00 |
| 08/24/26 | MDS | L250 | Review all current filings to identify pending motions in preparation to draft letter to court seeking status | 0.30 | 67.50 |
| 08/24/26 | MDS | L250 | Email exchange with client | 0.10 | 22.50 |

**TOTAL FEES:** **$14,940.00**



EXHIBIT A