UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

VICTORIA SCHILLER,

*Plaintiff,*

*v.* Case No. 23-CV-177-jdp

DANE COUNTY COURT CLERK, CARLO ESQUEDA, DANE COUNTY, THEODORE H. GURMAN, LISA M. FRIEDRICH, and SHELLY KASTER ANDAY,

*Defendant(s).*

---

**SECOND DECLARATION OF ANDREW W. ERLANDSON IN SUPPORT OF DEFENDANT THEODORE H. GURMAN'S MOTION FOR ATTORNEYS' FEES AND EXPENSES**

---

Andrew W. Erlandson, under penalty of perjury, declares as follows:

1. I am an adult resident of the State of Wisconsin, licensed to practice law.

2. I am the attorney for Defendant Theodore H. Gurman in the above-captioned matter.

3. I submit this declaration in support of Mr. Gurman's motion for attorney's fees and expenses pursuant to FED. R. CIV. P. 54(d)(2) and 42 U.S.C. § 1988.

4. I make this declaration on personal knowledge.

5. I am the head of the civil litigation practice at Hurley Burish, S.C.

6. I have been practicing law since 1997.

7. I entered this case in 2024 as successor counsel to Attorney Amanda J. Kaiser, and the litigated the case through conclusion. Exhibit A is a true and correct statement of Hurley Burish, S.C.'s billing for its work on this matter, which total $5,254.83.

8. My hourly rate for work in this matter was $525.

9. That hourly rate is within the range of market rates for lawyers of my experience.

10. I was assisted in this matter by Attorney Peyton Engel, A Hurley Burish litigation attorney who has been practicing law in Wisconsin since 2013.

11. Attorney Engel's hourly rate for his work on this matter was $430, which is within the range of market rates for attorneys of his experience.

12. I was also assisted in this matter by Yvonne Geerts, a Hurley Burish paralegal. Ms. Geerts' hourly rate for this matter was $235, which is within the range of market rates for paralegals of her expertise.

I declare under penalty of false swearing that the foregoing is true and correct.

Dated this 6th day of October, 2026, in Madison Wisconsin.

*<u>/s/ Andrew W. Erlandson</u>*
Andrew W. Erlandson