IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

VICTORIA SCHILLER,

Plaintiff,

v. Case No. 23-CV-00177

STATE OF WISCONSIN, et al.,

Defendants.

SECOND DECLARATION OF CLEMENTINE UWABERA
IN SUPPORT OF ANTHONY MENTING'S MOTION FOR ATTORNEYS' FEES

I, Clementine Uwabera, declare as follows:

1. I am a partner at Stafford Rosenbaum LLP and am licensed to practice law in the State of Wisconsin and the Western District of Wisconsin.

2. I serve as counsel for Defendant Anthony Menting ("Attorney Menting") in this case.

3. I submit this second declaration based on my personal knowledge and in support of Anthony Menting's Amended Motion for Attorney's Fees. (Dkt. 176).

4. Pursuant to this Court's September 14, 2026 Order (Dkt. 196, p. 4), Attorney Menting submits his itemization of attorney's fees, attached as **Exhibit A**. The itemization reflects 121.30 hours of my time spent on this matter from May 3, 2023, through October 31, 2024, for a total of $30,325.00 in fees.

5. At the time I performed the work reflected in Exhibit A, I was an associate

at Stafford Rosenbaum LLP ("Stafford"), and my hourly rate was $250.00. I became a partner at Stafford in January 2024.

6. That hourly rate is within the range of market rates for lawyers of my experience.

7. I have practiced law since 2014 and have approximately eight years (8) of civil litigation experience, the last six-plus of those at Stafford. Before joining Stafford in 2020, I practiced criminal defense and represented plaintiffs in negligent-security premises-liability, insurance-coverage, and wrongful-death matters in Florida.

UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746, I DECLARE THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: October 6, 2026.

*/s/ Clementine Uwabera*
Clementine Uwabera